WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Jose Mendez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER LEE DALLMANN,<br>et al.,<br><br>Defendants. | 2:22-cr-30-RFB-DJA<br><br>**[PROPOSED]**<br>**ORDER APPOINTING CO-COUNSEL** |
|---|---|

Counsel for defendant Felipe Garcia has moved for an order appointing co-counsel in this case. The motion seeking appointment of co-counsel explains the nature of the case, the difficulties it presents, and how, as a result, appointing co-counsel is necessary in the interest of justice. Proposed co-counsel is Christopher S. Mishler, who is current counsel's law partner, a member of the CJA panel, and was previously appointed co-counsel in *United States v. Thayer* (2:21-cr-53-GMN-VCF).

As required by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judicial Policies and Procedures, the Court finds that the appointment of an

6

additional attorney in this difficult case is necessary and is in the interests of justice.

GOOD CAUSE APPEARING, it is hereby ORDERED that the Clerk of the Court shall notify the CJA appointing authority for the District of Nevada of the appointment of attorney Christopher S. Mishler as co-counsel for defendant Felipe Garcia.

IT IS SO ORDERED.

DATED this 22nd day of November, 2022,
*Nunc pro tunc*, dated October 20, 2022.

_____
RICHARD F. BOULWARE, II
UNTED STATES DISTRICT JUDGE

7